UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS DALE OVERSTREET,<br><br>Defendant. | Case No. 1:11-cr-00207-BLW<br><br>**ORDER** |

      The Court has before it the Government's Motion to Continue Trial (Dkt. 65). On August 24, 2012, the defendant pled guilty to counts one, five and six of the Superseding Indictment. The Government asks the Court to continue the trial for the remaining counts until after sentencing on counts one, five and six.

      The Court understands that the defendant joins in the motion. The Court also understands the motion to assert that the parties cannot adequately prepare for trial on the remaining claims until after sentencing on counts one, five and six, because sentencing on those counts will likely warrant dismissal of the remaining counts and resolve the matter. Based upon this understanding, the Court will grant the motion. However, if the Court misunderstands the motion, either party may contact the Court or file a motion asking for a different trial date.

      Under these circumstances, the Court finds that a continuance is needed to give

counsel for both the government and the defendant an opportunity to effectively prepare for trial.  Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation . . . ."  Under these circumstances, the interests of justice in allowing the parties time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

The statements of defense counsel establish that the trial should be reset on February 4, 2013 at 1:30 p.m. at the United States Courthouse in Boise, Idaho.  The Court finds that the period of time between the present trial date and the new trial date is excludable time under the Speedy Trial Act.  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Motion to Continue Trial (Dkt. 65) shall be, and the same is hereby GRANTED, and that the present trial date be VACATED, and that a new trial be set for **February 4, 2013 at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B).

IT IS FURTHER ORDERED that a new trial readiness conference be conducted by telephone on **January 24, 2013 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

DATED: **August 31, 2012**



B. LYNN WINMILL
Chief U.S. District Court Judge