# 4-Year Schedule-C Comparative - Club 7
## (200712 - 201012)

| | | | | | |
|---|---|---|---|---|---|
| Name | Thomas Overstreet | SSN | 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 | | |
| Business Type | Club 7 | NAICS | 722410 | | |

| | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|
| | 48% | 44% | 49% | 51% |
| 1 Gross Receipts (Bar Sales + Cigarette Sales) **SEE NOTE 1 BELOW** | 587,247 | 466,871 | 438,010 | 431,876 |
| 4 Cost of Goods Sold | 304,193 | 260,673 | 222,408 | 210,705 |
| 5 Gross Profit | 283,054 | 206,198 | 215,602 | 221,171 |
| 6 Other Income (Gambling Income + Coin Drop Income + Annual Ticket Food Sales) **SEE NOTE 2 BELOW** | 100,518 | 83,714 | 97,612 | 127,750 |
| 7 Gross Income | 383,572 | 289,912 | 313,214 | 348,921 |

| | 2007 | 2008 | 2009 | 2010 | | | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 Advertising | | | | | 19 Pension/Profit Sharing | | | | | |
| 9 Bad Debts | | | | | 20a Rent-Vehicles\Equip. | | | | | |
| 10 Car/Truck Expenses | 23,234 | 20,744 | 16,692 | 18,191 | 20b Rent -Oth. Bus. Prop. | | | | | |
| 11 Commissions/Fees | | | | | 21 Repairs/Maintenance | | 12,148 | 11,539 | 10,839 | 6,600 |
| 12 Depletion | | | | | 22 Supplies | | 17,114 | 15,917 | 7,739 | 11,065 |
| 13 Depreciation/179 | 10,637 | 9,281 | 8,196 | 7,718 | 23 Taxes/Licenses | | 2,933 | 2,970 | 2,864 | 8,005 |
| 14 Emp. Ben. Pro. | | | | | 24a Travel | | | | | |
| 15 Insurance | 6,454 | 6,870 | 3,153 | 5,477 | 24b Meals/Entertainment | | | | | |
| 16a Interest - Mortgage | | | | | 24c 50% Limitation | | 0 | 0 | 0 | 0 |
| 16b Interest - Other | | | | | 24d Meals/Entertainment | | 0 | 0 | 0 | 0 |
| 17 Legal/Professional | 9,968 | 11,463 | 1,165 | 11,464 | 25 Utilities | | 29,768 | 22,145 | 25,830 | 23,170 |
| 18 Office Expense | | | | | 26 Wages | | 76,673 | 77,643 | 74,864 | 93,349 |
| | | | | | 27 Other Expenses | | 64,121 | 61,789 | 64,141 | 63,791 |

| | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|
| 28 Total Expenses | 253,050 | 240,361 | 215,483 | 248,830 |
| 29 Tentative Profit | 130,523 | 49,551 | 97,731 | 100,091 |
| 30 OIH | | | | |
| 31 **Net Profit or (Loss)** | 130,523 | 49,551 | 97,731 | 100,091 |

Schedule C (Form 1040)

## Color Coding Key

| Color | | Description |
|---|---|---|
| [red] | = | 2007 expense allowed per receipts since was higher than averaging method (from workpaper 517-2.3) |
| [white] | = | Automatic flow through from expense spreadsheet (from workpapers 517-3.1 - 6.17) |
| [green] | = | Per TP's Advertisement on BizSale (from workpapers 503, 508) |
| [orange] | = | Per IDRS (BMFOLT, BMFOLU) - (from workpapers 504, 505) |
| [light blue] | = | From separate income spreadsheets (from workpapers 502, 506) |
| [pink] | = | Gross profit percentage on bar income (gross profit / gross receipts) |
| [yellow] | = | 2007 expense allowed using averaging method from 2008 - 2010 expenses (from workpapers 517-2.3, 2.1) |
| [cyan] | = | Calculated manually (from workpapers 516-3.1 - 517-6.17) & cardstock payroll records with check stubs |

| NOTE 1: | Gross Receipts Breakdown (Line 1): | | | | NOTE 2: | Other Income Breakdown (Line 6): | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | | 2007 | 2008 | 2009 | 2010 |
| Bar Sales | 570,352 | 449,976 | 421,115 | 414,981 | Gambling Income | 71,518 | 54,714 | 68,612 | 98,750 |
| Cigarette Sales | 16,895 | 16,895 | 16,895 | 16,895 | Coin Drop Income | 26,000 | 26,000 | 26,000 | 26,000 |
| **Gross Receipts** | **587,247** | **466,871** | **438,010** | **431,876** | Annual Food Tickets Inc. | 3,000 | 3,000 | 3,000 | 3,000 |
| | | | | | **Other Income** | **100,518** | **83,714** | **97,612** | **127,750** |

**Allowance of 2007 Operating Expenses Using Averaging Method of 2008 - 2010 Expenses**

| 2007 Operating Expense | Average % | % of 2008 Total Inc. | % of 2009 Total Inc. | % of 2010 Total Inc. | |
|---|---|---|---|---|---|
| Car/Truck | 3.38% | 3.77% | 3.12% | 3.25% | |
| Insurance | 0.94% | 1.25% | 0.59% | 0.98% | |
| Legal/Professional | 1.45% | 2.08% | 0.22% | 2.05% | |
| Repairs/Maintenance | 1.77% | 2.10% | 2.02% | 1.18% | |
| Supplies | 2.10% | 2.89% | 1.44% | 1.98% | <-- Averaged exp. is less than expense-per-receipts, so gave expense-per-receipts amount |
| Taxes/Licenses | 0.83% | 0.54% | 0.53% | 1.43% | <-- Averaged exp. is irrelevant, actual exp. is known per IRS' records of payroll taxes paid. |
| Utilities | 4.33% | 4.02% | 4.82% | 4.14% | |
| Wages | 14.92% | 14.10% | 13.98% | 16.68% | <-- Averaged exp. is irrelevant, actual exp. is known per IRS' records of wages reported. |
| Other Exp. (Misc.) | 0.50% | 0.27% | 0.68% | 0.56% | |
| Other Exp. (Fees) | 0.12% | 0.09% | 0.13% | 0.16% | |

| 4 | COGS | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| 35 | Beg. Inv. | 15,000 | 15,000 | 15,000 | 15,000 |
| 36 | Purchases | 304,193 | 260,673 | 222,408 | 210,705 |
| 37 | Labor | | | | |
| 38 | Materials | | | | |
| | | | | | |
| 39 | Other Costs | | | | |
| 40 | Subtotal | 319,193 | 275,673 | 237,408 | 225,705 |
| 41 | End. Inv. (Per BizSale) | 15,000 | 15,000 | 15,000 | 15,000 |
| 42 | COGS | 304,193 | 260,673 | 222,408 | 210,705 |

| 48 | OTHER EXPENSES | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| | Miscellaneous | 3,464 | 1,484 | 3,669 | 3,113 |
| | Other Fees | 858 | 505 | 672 | 878 |
| | Cash Pmts to workers | 59,800 | 59,800 | 59,800 | 59,800 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Oth. Exp. | 64,121 | 61,789 | 64,141 | 63,791 |

## Legal Source Income versus Gambling Income
**(2007 - 2010)**

|  | 2007 | | 2008 | | 2009 | | 2010 | |
|---|---|---|---|---|---|---|---|---|
|  | Legal Source Income | Gambling Income | Legal Source Income | Gambling Income | Legal Source Income | Gambling Income | Legal Source Income | Gambling Income |
| Bar Sales | 570,352 | 71,518 | 449,976 | 54,714 | 421,115 | 68,612 | 414,981 | 98,750 |
| Cigarette Sales | 16,895 | | 16,895 | | 16,895 | | 16,895 | |
| Coin Drop Sales | 26,000 | | 26,000 | | 26,000 | | 26,000 | |
| Annual Food Tckt Sales | 3,000 | | 3,000 | | 3,000 | | 3,000 | |
| **Gross Income** | 616,247 | 71,518 | 495,871 | 54,714 | 467,010 | 68,612 | 460,876 | 98,750 |
| Less Expenses | 557,242 | 0 | 501,034 | 0 | 437,891 | 0 | 459,535 | 0 |
| **Net Profit (Loss)** | **59,005** | **71,518** | **(5,163)** | **54,714** | **29,119** | **68,612** | **1,341** | **98,750** |

| Calculation of 200712 Purchases | | | | | |
|---|---|---|---|---|---|
| Item | 2,008 | 2,009 | 2,010 | | 2,007 |
| Gross Receipts | 466,871 | 438,010 | 431,876 | | |
| Cost of Goods Sold | 260,673 | 222,408 | 210,705 | | |
| Gross Profit | 206,198 | 215,602 | 221,171 | | |
| Gross Profit Percentage (Gross Profit / Gross Receipts) | 44% | 49% | 51% | | |
| Average Gross Profit Percentage for 200812 - 201012 | | | | 48% | |

**Therefore, 2007 purchases are calculated as follows:**

| | | |
|---|---|---|
| 2007 Gross Receipts | | 587,247 |
| times average gross profit percentage | 48% | |
| Gross Profit | | 283,054 |
| Cost of Goods Sold (Purchases) Allowed for 2007    (gross receipts - gross profit) | | **304,193** |